Afiyfa H. Ellington, Esq. / NJ ID. #4674
**Abira Medical Laboratories, LLC d/b/a**
**Genesis Diagnostics**
957 Route 33 | Suite 12 | #322
Hamilton Square | New Jersey | 08690
Tel: (212)220-1616
aellington@genesisdx.com
*Counsel for Abira Medical Laboratories, LLC d/b/a Genesis Diagnostics*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ABIRA MEDICAL LABORATORIES, LLC d/b/a GENESIS DIAGNOSTICS, and ALAN J. MILLER,<br><br>*Plaintiffs*<br><br>vs.<br><br><br>MICHAEL J. HARPER, JASON R. GADREAULT, and NATALIE M. SKOCHINSKY,<br><br>*Defendants* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL NO. 3:25-cv-18152 |

### F.R.C.P. 7.1 DISCLOSURE STATEMENT OF PLAINTIFF

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Plaintiff, Abira Medical Laboratories, LLC d/b/a Genesis Diagnostics (a private non-governmental corporation) certifies as follows:

(a)    There are no corporate affiliates, subsidiaries and/or parent corporation and any publicly held corporation owning 10% or more of stock of the Plaintiff, a nongovernmental corporate party.

(b)    To the extent jurisdiction in this action is based upon diversity of citizenship under 28 U.S.C. § 1332(a), the Abira Medical Laboratories, LLC d/b/a

1

Genesis Diagnostics is a limited liability company registered in the State of New Jersey.

Plaintiff's owners are citizens of the State of New Jersey.

Dated:  December 3, 2025        /s/    Afiyfa H. Ellington, Esq.

Afiyfa H. Ellington, Esq.

**Abira Medical Laboratories, LLC d/b/a**
**Genesis Diagnostics**
957 Route 33 | Suite 12 | #322
Hamilton Square | New Jersey | 08690
Tel:(212)220-1616 |Fax: (609)798-0327
aellington@genesisdx.com

2