Afiyfa H. Ellington, Esq. / NJ ID. #4674

**Abira Medical Laboratories, LLC d/b/a**

**Genesis Diagnostics**

957 Route 33 | Suite 12 | #322

Hamilton Square | New Jersey | 08690

Tel: (212)220-1616

aellington@genesisdx.com

*Counsel for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ABIRA MEDICAL LABORATORIES, LLC d/b/a GENESIS DIAGNOSTICS, and ALAN J. MILLER, <br><br> *Plaintiffs* <br><br> vs. <br><br> MICHAEL J. HARPER, JASON R. GADREAULT, and NATALIE M. SKOCHINSKY, <br><br> *Defendants* | § § § § § § § § § § § § § § | CIVIL NO. 3:25-cv-18152 |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO
## FEDERAL RULES OF CIVIL PROCEDURE 41(a)(1)(A)(i)

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i) of the Federal Rules of Civil

Procedure, the Plaintiffs, Abira Medical Laboratories, LLC d/b/a Genesis Diagnostics and Alan J.

Miller, hereby gives notice that the Defendants, Michael J. Harper, Jason R. Gadreault and Natalie

M. Skochinsky are voluntarily dismissed without prejudice.

Dated: February 24, 2026                    /s/ Afiyfa H. Ellington

                                           Afiyfa H. Ellington, Esq.

**CERTIFICATION OF SERVICE**

I hereby certify that on February 24, 2026, the foregoing Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i) filed on behalf of Plaintiff, Abira Medical Laboratories, LLC d/b/a Genesis Diagnostics was e-filed with the Clerk of the Court by using CM/ECF System, which effectuated service upon counsel of record.

Dated: February 24, 2026                      /s/ Afiyfa H. Ellington_____

                                             Afiyfa H. Ellington, Esq.